AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
FILED
JUN 26 2024
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____ Deputy
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24-mj-00046-CSD |
| | ) | |
| KIRSTEN BAILEY | ) | Charging District: Superior Court of the District of Columbia |
| Defendant | ) | Charging District's Case No. 2024crwsld01379 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Moultrie Courthouse 500 Indiana Avenue NW, Washington, DC 20001, Room 4001 | Courtroom No.: |
|---|---|
| | Date and Time: On or before 7/26/24 |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 06/26/2024

_____
Judge's signature

Craig S. Denney, U.S. Magistrate Judge
*Printed name and title*