1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   SEAN A. MCCLELLAND
3  Assistant Federal Public Defender
   Nevada State Bar No. 16581
4  200 S. Virginia Street, Suite 340
   Reno, Nevada 89501
5  (775) 321-8451/Tel.
   (702) 388-6261/Fax
6  Sean_McClelland@fd.org

7  Attorney for KIRSTEN BAILEY

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11 UNITED STATES OF AMERICA,              Case No. 3:24-mj-00046-CSD

12             Plaintiff,                 **ORDER APPROVING
                                          UNOPPOSED MOTION TO
13     v.                                 CONTINUE DEADLINE FOR
                                          ARRANGING A COURT DATE IN
14 KIRSTEN BAILEY,                        D.C. SUPERIOR COURT[1]

15             Defendant.

16

17         Ms. Bailey asks the Court for a 10-day continuance (to August 6, 2024) on her deadline

18 to arrange a court date in D.C. Superior Court.

19         At Ms. Bailey's Rule 5 initial appearance on June 26, 2024, the Court directed her to

20 arrange a court date in one of two ways; either: (1) reporting in-person to the D.C. Superior

21 Court by July 26, 2024; or (2) otherwise filing a status report by July 26 if "other arrangements"

22 could be made. ECF No. 2. The Court did so because the D.C. Superior Court did not provide

23 the Court an appearance date for Ms. Bailey in advance of the Rule 5 hearing. But,

24 acknowledging that travel to D.C. simply to get a court date (possibly well into the future)

25

26 _____

       [1] The defense has communicated with counsel for the government, which has expressed
   that it does not have an objection to this requested extension.

would be a significant burden, the Court indicated it would permit Ms. Bailey to schedule a court date in D.C. from Nevada if possible. *See id.*

Ms. Bailey moves for a 10-day extension to do so. Ms. Bailey, with the assistance of her pretrial services officer, has been making diligent efforts to try to schedule a D.C. court date without physically traveling there.[2] So far, those efforts have been unsuccessful, but it appears doing so may be possible and would save Ms. Bailey significant expense (and time). If that does not happen, Ms. Bailey would naturally plan to travel to get a court date in-person by that newly-set deadline. In the meantime, however, Ms. Bailey asks for a 10-day extension to the relevant deadline.

DATED July 24, 2024.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Sean A. McClelland*

SEAN A. MCCLELLAND
Assistant Federal Public Defender

**IT IS SO ORDERED.**

Craig S. Denney, U.S. Magistrate Judge

DATED: July 24, 2024

---

[2] The defense has also coordinated with attorneys at the Public Defender Service in D.C., who are aware of Ms. Bailey's case and have provided additional logistical details about other in-person mechanisms of scheduling hearings in D.C. Superior Court.

2